# EXHIBIT A

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Charles F. Connolly**
**Gerald M. Moody, Jr.**
**Allison T. Coffin**

February 3, 2026

<u>**VIA E-MAIL**</u>

Lauren A. Archer
Paul A. Hayden
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

> Re:     *United States v. Danielle Hillmer*, No. 1:25-cr-383-LLA (D.D.C.)
>         Request for Bill of Particulars Pursuant to the Sixth Amendment and Fed. R. Crim. P. 7(f)

Dear Ms. Archer and Mr. Hayden:

On behalf of our client, Danielle Hillmer, we write to request that the government provide a bill of particulars, pursuant to the Sixth Amendment to the Constitution and Federal Rule of Criminal Procedure 7(f).  The particulars sought herein will ensure that Ms. Hillmer is informed of the nature of the charges and can adequately prepare a defense, and will prevent unfair surprise at trial.  *See United States v. Butler*, 822 F.2d 1191, 1193 (D.C. Cir. 1987); *United States v. Anderson*, 441 F. Supp. 2d 15, 19 (D.D.C. 2006).

Please confirm which particulars the government intends to provide by no later than Friday, February 13, 2026, so that Ms. Hillmer can determine whether she needs to seek additional relief by the Court's Friday, February 20, 2026 filing deadline.

The 53-paragraph and five-count indictment alleges that Ms. Hillmer made and caused to be made a number of false and misleading representations to unidentified assessors, authorizing officials, and government agencies about technical security controls of her employer's cloud-service platform as part of an alleged 20-month fraudulent scheme.  As the government is aware, the relevant FedRAMP audit process is lengthy and detailed, encompassing dozens of control categories and hundreds of individual controls. The indictment does not specifically allege that Ms. Hillmer made false or misleading representations with respect to each control, but it is exactly this lack of specificity as to the particular representations and controls at issue that prevents Ms. Hillmer from preparing a meaningful defense.  Accordingly, Ms. Hillmer requests the government provide the particulars described herein.



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 2

**Particulars Related to False and Misleading Representations**

First, we specifically request a bill of particulars identifying each "false and misleading representation" or "information" Ms. Hillmer is alleged to have made over the 20-month charged period. In complex cases involving allegations of false representations, like this one, trial courts in this district have ordered the government to provide a bill of particulars identifying the content of each representation, how the representation was false, and when the representation was made. *See, e.g.*, *Anderson*, 441 F. Supp. 2d at 19; *United States v. Trie*, 21 F. Supp. 2d 7, 21-22 (D.D.C. 1998). Accordingly, we ask that the government:

1. Identify how and when Ms. Hillmer allegedly "sought JAB authorization to uplift the Platform from FedRAMP Moderate to High . . . ." Indictment ¶ 22. Identify all "repeated warnings from employees and outside consultants that the Platform was not ready for the uplift," including the identity of the individuals who made the alleged warnings, how the warnings were conveyed, and the warning's contents. *See* Indictment ¶ 23. Identify the specific "warn[ings]" that Employee 2 allegedly provided to Ms. Hillmer and "others at Company A," including when the warnings were made, the content of the warnings, and the identity of the "others at Company A" who received the warnings. Indictment ¶ 29.

2. Identify each "false and misleading representation[]" regarding "system architecture and implementation of security controls" that Ms. Hillmer is alleged to have made, including what those representations were, when they were made, to whom they were made, and how these representations were false. Indictment ¶ 23.

3. Identify each "false and misleading representation[]" regarding the "implementation of security controls" that Ms. Hillmer is alleged to have made, including what those representations were, when they were made, to whom they were made, and how these representations were false. Indictment ¶ 24.

4. Identify the "false and misleading information" regarding "the Platform's architecture, implementation of security controls, and overall security posture" that Ms. Hillmer is alleged to have submitted, including what the information was, when it was submitted, to whom it was submitted, and how that information was false. Indictment ¶ 25.

5. Identify each "false and misleading representation[]" that Ms. Hillmer is alleged to have made to the Army regarding "the Platform's architecture, technical capabilities, and compliance with DoD IL4 requirements," including what those representations were, when they were made, to whom they were made, and how these representations were false. Indictment ¶ 26.

6. Identify each of the "more than 100 security controls and DoD general readiness requirements" that were "not implemented." Indictment ¶ 30.



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 3

7.  Identify all "false representations" that Ms. Hillmer is alleged to have made in the January 20 and 28, 2021 service legal agreements ("SLA"), including what those representations were, to whom they were made, and how these representations were false.  Indictment ¶ 35 (providing that Ms. Hillmer is alleged to have made "materially false representations, *including* that . . . " (emphasis added)).

8.  Identify each specific "enhanced control[]" within the SLAs that was not maintained "to meet the requirements of an IL5 environment."  Indictment ¶ 35.

9.  Identify the "false and misleading information" that Ms. Hillmer is alleged to have submitted to the Army via e-mail on or about May 18, 2021, within each of "the Platform's DoD IL5 Security Assessment Plan and DoD FedRAMP+ Readiness Assessment Report," including what the information was and how the information was false.  Indictment ¶ 36.

10.  Identify the "false and misleading information" that Ms. Hillmer is alleged to have submitted to the Army on or about May 26, 2021, within each of (i) "the Platform's FedRAMP System Security Plan Version 5.0," (ii) "DoD IL5 Addendum Version 1.0," (iii) "DoD DISA SRG IL5 Security Assessment Report," and (iv) "POA&M," including, for each of (i) through (iv), how the information was false.  Indictment ¶ 37.

11.  Identify each "false and misleading representation[]" that Ms. Hillmer is alleged to have made on or about each of August 19, 2021, September 7, 2021, and September 21, 2021 regarding "the Platform's architecture and implementation of security controls," what those representations were, to whom they were made, and how these representations were false.  Indictment ¶ 42.

12.  Identify each of the "materially false and fraudulent pretenses, representations, and promises" that Ms. Hillmer is alleged to have made on or about December 9, 2020, including what those pretenses, representations, and promises were, to whom they were made, and how these pretenses, representations, and promises were false.  Indictment ¶¶ 45-46.

13.  Identify each of the "materially false and fraudulent pretenses, representations, and promises" that Ms. Hillmer is alleged to have made on or about May 4, 2021, including what those pretenses, representations, and promises were, to whom they were made, and how these pretenses, representations, and promises were false.  Indictment ¶¶ 45-46.

14.  Identify each of the "materially false and fraudulent pretenses, representations, and promises" that Ms. Hillmer is alleged to have made "[f]rom at least in or around March 2020, and continuing through at least in or around November 2021," including what those pretenses, representations, and promises were, to whom they were made, and how these pretenses, representations, and promises were false.  Indictment ¶ 48.



15. Identify each of the "false and misleading representations and submissions" that Ms. Hillmer is alleged to have made "during and in connection with the 2020 Assessment of the Platform at FedRAMP Moderate, High, and DoD IL5," including what those representations and submissions were, when they were made, to whom they were made, and how these representations and submissions were false. Indictment ¶ 51.

16. Identify each of the "false and misleading representations and submissions" that Ms. Hillmer is alleged to have made "during and in connection with the 2021 Assessment of the Platform at FedRAMP High and DoD IL4," including what those representations and submissions were, when they were made, to whom they were made, and how these representations and submissions were false. Indictment ¶ 53.

17. Identify each "false and misleading representation[]" made by Ms. Hillmer as part of the alleged "scheme to defraud," including what those representations were, when they were made, to whom they were made, the names of each individual "other" with whom Ms. Hillmer is alleged to have engaged in the scheme to defraud, and how these representations were false. Indictment ¶¶ 5, 19.

### Particulars Related to False and Misleading Representations Ms. Hillmer Allegedly Aided and Abetted or Caused to be Made

Second, we specifically request a bill of particulars related to the allegations that Ms. Hillmer "aided and abetted" and "caused" false representations "to be made." *See*, *e.g.*, Ind. ¶¶ 20, 24-26, 33-34, 37, 45-46, 51, 53. Disclosure of such information is appropriate where an indictment alleges that other individuals engaged in a wrongful act at a defendant's direction, but the indictment does not identify those individuals. *See United States v. Hsia*, 24 F. Supp. 2d 14, 32 (D.D.C. 1998); *see also United States v. Hubbard*, 474 F. Supp. 64, 81 (D.D.C. 1979) (ordering a bill of particulars to clarify "the manner or means with which the acts alleged in the indictment were carried out"). Accordingly, we ask that the government:

18. To the extent the government alleges that Ms. Hillmer "aid[ed] and abett[ed]" the making of "materially false and misleading statements," identify who made each statement, the content of each statement, to whom the statement was made, when the statement was made, how Ms. Hillmer caused the statement to be made, and how each statements was false. Indictment ¶ 20.

19. To the extent that the government alleges that Ms. Hillmer "aid[ed] and abett[ed]" the making of "representations and submissions that she knew contained "materially false and misleading representations," identify who made these representations and/or submissions, each representation and/or submission made by the relevant speaker, the content of the representations and/or submissions, to whom they were made, when they were made, how Ms. Hillmer caused them to be made, and how these representations and/or submissions were false. Indictment ¶ 24.

20. Identify the "false and misleading information" regarding "the Platform's architecture, implementation of security controls, and overall security posture" that Ms. Hillmer is alleged to



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 5

have "caused the submission of," including what the information was, when it was submitted, who submitted it, to whom it was submitted, how that information was false, and how Ms. Hillmer "caused" the information to be submitted.  Indictment ¶ 25.

21. Identify each "false and misleading representation[]" that Ms. Hillmer is alleged to have "caused" to be submitted to the Army regarding "the Platform's architecture, technical capabilities, and compliance with DoD IL4 requirements," including who made these representations, each representation made by the relevant speaker, the content of the representations, to whom they were submitted, when they were submitted, how Ms. Hillmer caused each representation to be submitted, and how the representations were false.  Indictment ¶ 26.

22. Identify each "false[] represent[ation]" within the Significant Change Request that Ms. Hillmer "caused" to be submitted to FedRAMP and the JAB on or about September 28, 2020 regarding "all FedRAMP High controls were implemented," including who made the representations, each representation made by the relevant speaker, the content of the representations, to whom they were submitted, how Ms. Hillmer caused each representation to be submitted, and how the representations were false.  Indictment ¶ 33.

23. Identify each "false and misleading representation[]" regarding "the Platform's architecture, implementation of security controls, and risk posture" within assessment and authorization materials that Ms. Hillmer allegedly "caused" to be submitted between "November and December 2020," including who made the representations, each representation made by the relevant speaker, the content of the representation, to whom it was submitted, when it was submitted, how Ms. Hillmer caused each to be submitted, and how the representation were false.  Indictment ¶ 34 (alleging that "[a]mong other things," Ms. Hillmer "knew that customer environments were not managed, monitored, governed, and secured as represented").

24. Identify the "false and misleading information" Ms. Hillmer allegedly "caused" to be submitted to the Army on or about May 26, 2021, within each of (i) "the Platform's FedRAMP System Security Plan Version 5.0," (ii) "DoD IL5 Addendum Version 1.0," (iii) "DoD DISA SRG IL5 Security Assessment Report," and (iv) "POA&M," including, for each of (i) through (iv), what the information was, who submitted the information, to whom it was submitted, how that information was false, and how Ms. Hillmer caused the information to be submitted.  Indictment ¶ 37.

25. Identify each of the "materially false and fraudulent pretenses, representations, and promises" Ms. Hillmer allegedly "caused to be transmitted" on or about December 9, 2020, including what those pretenses, representations, and promises were, who submitted them, to whom they were submitted, how Ms. Hillmer caused the information to be submitted, and how each pretense, representation, and promise was false.  Indictment ¶¶ 45-46.

26. Identify each of the "materially false and fraudulent pretenses, representations, and promises" Ms. Hillmer allegedly "caused to be transmitted" on or about May 4, 2021, including what those



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 6

pretenses, representations, and promises were, who submitted them, to whom they were submitted, how Ms. Hillmer caused the information to be submitted, and how each pretense, representation, and promise was false. Indictment ¶¶ 45-46.

27. To the extent that the government alleges that Ms. Hillmer "aided and abetted" the making of "false and misleading representations and submissions" "during and in connection with the 2020 Assessment" "[f]rom in or around June 2020, and continuing through at least April 2021," identify who made each representation and submission, the content of each representation and submission, to whom each representation and submission was made, when each representation and submission was made, how Ms. Hillmer caused each representation and submission to be made, and how each representation and submission was false. Indictment ¶ 51.

28. To the extent that the government alleges that Ms. Hillmer "aided and abetted" the making of "false and misleading representations and submissions" "during and in connection with the 2021 Assessment" "[f]rom in or around July 2021, and continuing through at least . . . September 2021," identify who made each representation and submission, the content of each representation and submission, to whom they were submitted, when each representation and submission was made, how Ms. Hillmer caused each representation and submission to be made, and how each representation and submission was false. Indictment ¶ 53.

**Particulars Regarding Acts of Concealment**

Third, we specifically request a bill of particulars identifying each act of concealment Ms. Hillmer is alleged to have committed over the 20-month charged period. The indictment does not provide sufficient information about acts of concealment or particular wrongful conduct that Ms. Hillmer sought to conceal such that she can adequately defend against these allegations. *See Hsia*, 24 F. Supp. 2d at 33; *United States v. Stern*, 2003 WL 22743897, at *4 (S.D.N.Y. Nov. 20, 2003). Accordingly, we ask that the government:

29. Identify the nature of the "true state of the Platform" that Ms. Hillmer is alleged to have "conceal[ed]," including what aspects of the "true state" were concealed, the manner in which the "true state" was concealed, from whom the "true state" was concealed, and the date and time of Ms. Hillmer's acts to conceal. Indictment ¶ 20.

30. Identify the "true state of the system" that Ms. Hillmer is alleged to have "instruct[ed] others to conceal," including the manner in which the "true state" was instructed to be concealed, whom Ms. Hillmer instructed to conceal, and the date and time of Ms. Hillmer's alleged instructions to conceal. Indictment ¶ 24.

31. Identify each "known issue[]" that Ms. Hillmer allegedly "concealed" in "statements and submissions" made to assessors and authorizing officials between "June and December 2020," including what those "issues" were, the manner in which each issue was concealed, and the date and time each issue was concealed. Indictment ¶ 32.



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 7

32. Identify each "false and misleading representation[]" that Ms. Hillmer allegedly "failed to correct" in "statements and submissions" made to assessors and authorizing officials between "June and December 2020," including what those representations were, when they were made, and how those representations were false.  Indictment ¶ 32.

33. Identify each "known issue[]" that Ms. Hillmer allegedly "concealed" in "statements and submissions" made to assessors and authorizing officials between "July 2021 and September 2021," including what those "issues" were, the manner in which each issue was concealed, and the date and time each issue was concealed.  Indictment ¶ 39.

34. Identify each "false and misleading representation[]" that Ms. Hillmer allegedly "failed to correct" in "statements and submissions" made to assessors and authorizing officials between "July 2021 and September 2021," including what those "representations" were, when they were made, and how those representations were false.  Indictment ¶ 39.

35. Identify each "security control[] and technical capabilit[y]" Ms. Hillmer allegedly "conceal[ed]" in "June 2020" to "April 2021" in connection with the 2020 Assessment, including each particular security control and technical capability at issue, the manner in which each control and capability was concealed, from whom the control and capability was concealed, and the date and time each control and technical capability was concealed.  Indictment ¶ 51.

36. Identify each "security control[] and technical capabilit[y]" Ms. Hillmer allegedly "conceal[ed]" in "July 2021" to "September 2021" in connection with the 2021 Assessment, including each particular security control and technical capability at issue, the manner in which each control and capability was concealed, from whom the control and capability was concealed, and the date and time each control and technical capability was concealed.  Indictment ¶ 53.

### Particulars Regarding Identities of Individuals and Entities Alleged to be Involved

Fourth, we specifically request a bill of particulars identifying the individuals and entities alleged to have participated in the charged conduct.  The indictment fails to identify the individuals and entities whose conduct gives rise to the alleged misconduct.  Identification of the individuals and entities allegedly involved is appropriate where, as here, the defense has "no way of identifying those persons" and requires such information to adequately prepare for trial.  *See Trie*, 21 F. Supp. 2d at 22; *Hubbard*, 474 F. Supp. at 81 (ordering bill of particulars identifying unindicted co-conspirators).  Accordingly, we ask that the government:

37. Identify the "others known . . . to the Grand Jury" who "engaged in a scheme to defraud the United States by making false and misleading misrepresentations about the Platform's security and risk posture . . . ."  Indictment ¶ 19.



Lauren A. Archer
Paul A. Hayden
February 3, 2026
Page 8

38. Identify the individual names of "Employee 1" and "Employee 2."  Indictment ¶¶ 3-4.

39. Identify all unindicted co-conspirators, whether referenced in the Indictment or not, in addition to the true identities of each "federal auditor[]," "assessor[]," "authorizing official[]," "government customer[]," "outside consultant[]," and individual affiliated with the "outside firm engaged by Hillmer to prepare system security plans," and their respective offices, involved in or related to the allegations.  *See, e.g.*, Indictment ¶¶ 5, 19-20, 23-25, 30, 32, 39, 42, 51, 53.

40. For any count where Ms. Hillmer was charged under 18 U.S.C. § 2, identify whether Ms. Hillmer is charged as a principal, an accomplice, or both.  For each count, if Ms. Hillmer is charged as an accomplice, identify any alleged principals.  For each count, if Ms. Hillmer is charged as a principal, identify any alleged accomplices.  *See* Indictment ¶¶ 45-46, 48-49, 51, 53.

*    *    *

Thank you for your attention to this matter.  Please feel free to contact us should you have any questions.

Sincerely,

*/s/ Charles F. Connolly*
Charles F. Connolly
Gerald M. Moody, Jr.
Allison T. Coffin