**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DANIELLE HILLMER,**<br><br>**Defendant.** | **CRIMINAL NO.**<br>**1:25-cr-00383-LLA** |

**NOTICE OF SUBSTITUTION**

The United States of America respectfully informs the Court that Trial Attorneys Ariel Glasner and Amanda Lingwood are substituting as lead attorneys in this matter on behalf of the United States, replacing attorneys James Andrew Jaco, Lauren Marie Elfner, and Paul Andrew Hayden.

I, Ariel Glasner, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the United States.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: *<u>/s/ Ariel Glasner</u>*

Ariel Glasner
D.C. Bar 991442
Trial Attorney
Public Trust and Financial Integrity Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Ariel.Glasner@usdoj.gov