**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DANIELLE HILLMER,**<br><br>**Defendant.** | **CRIMINAL NO.**<br>**1:25-cr-00383-LLA** |

**NOTICE OF APPEARANCE**

I, Amanda Lingwood, am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for the United States of America.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: *<u>/s/ Amanda Fretto Lingwood</u>*
AMANDA FRETTO LINGWOOD
D.C. Bar 1018284
Trial Attorney
National Fraud Enforcement Division
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Amanda.Fretto.Lingwood@usdoj.gov