**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:25-cr-00383-LLA** |
| | : | |
| **DANIELLE HILLMER** | : | |

## NOTICE OF FILING

Danielle Hillmer, by and through undersigned counsel, hereby provides notice of filing of Exhibit 26 to Defendant's Ex Parte Motion and Memorandum of Law In Support of Danielle Hillmer's Request for Issuance of Rule 17(c) Subpoenas and Order for Early Return.

Dated: September 17, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*

**CERTIFICATE OF SERVICE**

I certify that, on September 17, 2026, a copy of the foregoing document was served upon all counsel of record through the Court's ECF system.

*/s/ Charles F. Connolly*
Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*