# Exhibit 26

**Coffin, Allison**

**From:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>
**Sent:** Friday, June 26, 2026 12:53 PM
**To:** Coffin, Allison; Jaco, Andrew J. (CRM); Elfner, Lauren M (CRM)
**Cc:** Connolly, Chuck; Moody, Gerry
**Subject:** RE: United States v. Hillmer: Discovery Letter and Request for Call

**EXTERNAL Email**

Counsel,

We write in response to your June 15, 2026, letter regarding certain files produced in discovery. We can confirm that, based on the documents you identified in your Appendix A, that the metadata fields you listed as missing were not provided because we did not receive that information from the producing party. We also did not exclude any metadata fields when producing the documents except for the "FILE PATH" field which contained our internal drive information.

Therefore, there are no technical issues with the files, and you are not prejudiced as you have them in the same format as produced and as available to the government. We respectfully decline to take any steps on your behalf with the producing parties.

Paul, Andrew, and Lauren

---

**From:** Coffin, Allison <ACoffin@akingump.com>
**Sent:** Monday, June 15, 2026 2:31 PM
**To:** Hayden, Paul (CRM) <Paul.Hayden2@usdoj.gov>; Jaco, Andrew J. (CRM) <Andrew.J.Jaco@usdoj.gov>; Elfner, Lauren M (CRM) <Lauren.Elfner@usdoj.gov>
**Cc:** Connolly, Chuck <cconnolly@akingump.com>; Moody, Gerry <GMoody@akingump.com>
**Subject:** [EXTERNAL] United States v. Hillmer: Discovery Letter and Request for Call

Counsel,

Please see the attached correspondence detailing technical issues we have encountered in the government's production. Additionally, we'd like to discuss the trial schedule in advance of the June 30 hearing, as we are unsure if the October date will hold. Please let us know your availability to discuss.

Thanks,

**Allison Thornton Coffin**
**Akin**
Robert S. Strauss Tower | 2001 K Street N.W. | Washington, DC 20006 | USA | Direct: +1 202.887.4434
acoffin@akingump.com | akingump.com | Bio

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named

above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message