**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:25-cr-00383-LLA** |
| | : | |
| **DANIELLE HILLMER** | : | |

# NOTICE OF FILING

Pursuant to the Court's September 24, 2026 Minute Order, Danielle Hillmer hereby provides notice of filing of Exhibits 1-4 to Defendant's *Ex Parte* Motion and Memorandum of Law In Support of Danielle Hillmer's Request for Issuance of Rule 17(c) Subpoenas and Order for Early Return.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*

**CERTIFICATE OF SERVICE**

I certify that, on September 25, 2026, a copy of the foregoing document was served upon all counsel of record through the Court's ECF system.

*<u>/s/ Charles F. Connolly</u>*
Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*