**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:25-cr-00383-LLA** |
| | : | |
| **DANIELLE HILLMER** | : | |

**DANIELLE HILLMER'S MOTION TO
DISMISS COUNT THREE OF THE INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B), Defendant Danielle Hillmer respectfully moves the Court for an order dismissing Count Three of the Indictment.

Dated: October 8, 2026

Respectfully submitted,

*<u>/s/ Charles F. Connolly</u>*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
Natalia Heguaburo, D.C. Bar No. 90017877
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com
nheguaburo@akingump.com

*Counsel for Danielle Hillmer*

## CERTIFICATE OF SERVICE

I certify that, on October 8, 2026, a copy of the foregoing document was served upon all counsel of record through the Court's ECF system.

*/s/ Charles F. Connolly*
Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
Natalia Heguaburo, D.C. Bar No. 90017877
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com
nheguaburo@akingump.com

*Counsel for Danielle Hillmer*