**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **v.** | : | |
| | : | |
| **DANIELLE HILLMER,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER GRANTING MOTION TO**
**DISMISS COUNT THREE OF THE INDICTMENT**

Upon review and consideration of Defendant Danielle Hillmer's Motion to Dismiss Count Three of the Indictment ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** and it is further **ORDERED** that Count Three of the Indictment is hereby dismissed.

Dated: __________

______________________________
LOREN L. ALIKHAN
United States District Judge