**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **DANIELLE HILLMER,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Danielle Hillmer, by and through undersigned counsel, and the United States of America, by and through its agency, the United States Department of Justice ("DOJ"), respectfully submit this Status Report pursuant to the Court's October 5, 2026 Minute Order requiring the parties to meet and confer on or before October 9, 2026. *See* Oct. 5, 2026 Min. Order. The Court further ordered that, should the parties resolve or narrow their disputes, they shall file a status report on or before October 14, 2026.

Pursuant to the Court's Order, the parties met and conferred on October 5, 2026 and October 8, 2026 and have exchanged numerous emails regarding the subpoenas, up to and including on October 14, 2026. As a result of those discussions and the information provided to Ms. Hillmer by the DOJ, Ms. Hillmer has agreed to substantially narrow her subpoenas. Specifically, Ms. Hillmer has agreed to strike one of her original requests to Coalfire, and to narrow 13 of the remaining 19 requests. Furthermore, Ms. Hillmer has agreed to strike 15 of her 23 requests to the General Services Administration ("GSA"), Department of Defense ("DoD"), and Department of Homeland Security ("DHS"), and to narrow six of the remaining eight requests.

The government continues to object to Coalfire Requests # 1, 7, and 12 on specificity grounds and for improperly seeking impeachment evidence. As to all subpoena requests, the

government does not waive any subpoena recipient's rights, motions to quash, or other grounds for objection.

Dated: October 14, 2026

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: /s/ ____________________
AMANDA FRETTO LINGWOOD
ARIEL GLASNER
Trial Attorneys
National Fraud Enforcement Division
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Amanda.Fretto.Lingwood@usdoj.gov

Respectfully submitted,

*/s/ Charles F. Connolly*
Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October 2026, I filed the foregoing Joint Status Report with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*