**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **v.** | : | |
| **DANIELLE HILLMER,** | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER GRANTING LEAVE TO ISSUE RULE 17(c) SUBPOENAS

Pursuant to Fed. R. Crim. P. 17(c), the Court hereby **GRANTS** the Ex Parte Motion for Leave to Issue Early Return Subpoenas ("Motion") by Defendant Danielle Hillmer. Ms. Hillmer is permitted to issue the versions of the four proposed subpoenas *duces tecum* submitted on October 14, 2026 as Exhibits 1, 3, 5, and 7 to her Reply in Response to the United States' Objections to the Defendant's Proposed Rule 17(c) Subpoenas. The subpoenas shall be returned within thirty (30) days of service on the subpoenaed parties. Returns shall be delivered to Charles F. Connolly, Robert S. Strauss Tower, 2001 K Street N.W., Washington, D.C., 20006. Mr. Connolly is **ORDERED** to share any subpoena returns with the Department of Justice.

Dated: ___________

______________________________
LOREN L. ALIKHAN
United States District Judge