**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **DANIELLE HILLMER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Danielle Hillmer, by and through undersigned counsel, and the United States of America, by and through its agency, the United States Department of Justice ("DOJ"), respectfully submit this Status Report pursuant to the Court's October 15, 2026 instruction that the parties file revised versions of the subpoenas sought by Ms. Hillmer under Federal Rule of Criminal Procedure 17(c). Subpoenas to Coalfire Systems, Inc., the General Services Administration, the Department of Defense, and the Department of Homeland Security are attached as Exhibits 1-4.

Dated: October 16, 2026

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: /s/
AMANDA FRETTO LINGWOOD
ARIEL GLASNER
Trial Attorneys
National Fraud Enforcement Division
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Amanda.Fretto.Lingwood@usdoj.gov

*/s/ Charles F. Connolly*
Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October 2026, I filed the foregoing Joint Status Report with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*