**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **DANIELLE HILLMER,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE**

Danielle Hillmer, by and through undersigned counsel, respectfully submits this Consent Motion to Vacate the status hearing scheduled for November 12, 2026 in the above-captioned matter. The government consents to cancellation of Thursday's hearing. In light of the upcoming dispositive motions hearing on December 2, 2026, the parties do not request that the status hearing be rescheduled.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November 2026, I filed the foregoing Consent Motion to Vacate with the Clerk of the Court for the U.S. District Court for the District of Columbia, using the Court's CM/ECF system.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Charles F. Connolly*

Charles F. Connolly, D.C. Bar No. 455969
Gerald M. Moody, Jr., D.C. Bar No. 90032072
Allison T. Coffin, D.C. Bar No. 1600869
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4070
cconnolly@akingump.com
gmoody@akingump.com
acoffin@akingump.com

*Counsel for Danielle Hillmer*