**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:25-cr-00383-LLA** |
| **v.** | : | |
| | : | |
| **DANIELLE HILLMER,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO VACATE**

Upon review and consideration of Defendant Danielle Hillmer's Consent Motion to Vacate ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** and the November 12, 2026 status conference in the above-captioned matter is **VACATED**. As previously scheduled, the parties shall next appear on December 2, 2026 at 2:00 P.M. for a dispositive motions hearing.

Dated: ___________

______________________________
LOREN L. ALIKHAN
United States District Judge